No. 262. CRICHTON *v.* McGEHEE ET AL., *ante,* p. 919;

No. 425. SCHIEFFELIN & CO. ET AL. *v.* UNITED STATES, *ante,* p. 869;

No. 493. COLLINS *v.* UNITED STATES, *ante,* p. 919;

No. 589. PORT CONSTRUCTION CO. *v.* VIRGIN ISLANDS HOUSING AUTHORITY, *ante,* p. 916;

No. 596. FELDSTEIN *v.* UNITED STATES, *ante,* p. 920;

No. 605. GREEN *v.* UNITED STATES, *ante,* p. 916;

No. 618. INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 450, AFL–CIO *v.* CONSTRUCTION EMPLOYERS' ASSOCIATION OF TEXAS ET AL., *ante,* p. 926;

No. 625. BIRMELIN *v.* BOYMER ET UX., *ante,* p. 926;

No. 627. THRIFTIMART, INC., DBA SMART & FINAL IRIS CO., ET AL. *v.* UNITED STATES, *ante,* p. 926;

No. 628. KAZUBOWSKI *v.* KAZUBOWSKI, *ante,* p. 926;

No. 642. MENGARELLI *v.* UNITED STATES, *ante,* p. 926;

No. 660. SMITH, TRUSTEE IN BANKRUPTCY *v.* MERRITT, REFEREE IN BANKRUPTCY, *ante,* p. 951;

No. 5261. HIGGINS *v.* WAINWRIGHT, CORRECTIONS DIRECTOR, *ante,* p. 905;

No. 5385. WARD *v.* PAGE, WARDEN, *ante,* p. 917;

No. 5458. CHIPLEY *v.* ROBERTS ET AL., *ante,* p. 905;

No. 5633. DARGAN *v.* NEW YORK, *ante,* p. 920;

No. 5663. NAZARIO *v.* NEW YORK, *ante,* p. 920;

No. 5680. GILHART *v.* UNITED STATES, *ante,* p. 918;

No. 5730. THOMPSON ET AL. *v.* UNITED STATES, *ante,* p. 929;

No. 5792. SMITH *v.* LASH, WARDEN, *ante,* p. 948; and

No. 5812. O'NEAL *v.* CROUSE, WARDEN, *ante,* p. 948. Petitions for rehearing denied.

No. 106. ALABAMA POWER CO. ET AL. *v.* UNITED STATES ET AL., *ante,* p. 73. Petition for rehearing denied. MR. JUSTICE DOUGLAS took no part in the consideration or decision of this petition.